# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

Clifford W. Taylor,
Chief Justice

135681

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JOHN ROBERT FISHER and JOANN FISHER,
  Plaintiffs/Counter-Defendants-
  Appellants,

v

CORNELL ENGINEERING, ROBERT
DANIELSON, MICHAEL HENDERSON,
and MOTORCITY MUSCLE,
  Defendants/Counter-Plaintiffs,

and

D&S ENGINE SPECIALISTS, INC.,
  Defendant/Counter-Plaintiff-
  Appellee.

SC: 135681
COA: 270252
Oakland CC: 2005-070637-CP

_____/

On order of the Court, the application for leave to appeal the October 18, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

_____
Clerk

s0421